STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Plaintiff Rothschild Patent Imaging, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROTHSCHILD PATENT IMAGING LLC,<br>*Plaintiff*,<br>v.<br>FLICKR INC.,<br>*Defendant*. | CASE NO.: 5:20-cv-07051<br>**COMPLAINT FOR PATENT INFRINGEMENT**<br>**JURY TRIAL DEMANDED** |

Plaintiff Rothschild Patent Imaging LLC ("Plaintiff" or "RPI") files this original Complaint against Flickr, Inc. ("Defendant" or "Flickr") for infringement of United States Patent No. 9,936,086 ("the '086 Patent") and alleges as follows:

**PARTIES AND JURISDICTION**

1. This is an action for patent infringement under Title 35 of the United States Code. Plaintiff is seeking injunctive relief as well as damages.

2. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes.

3. Plaintiff is a Texas limited liability company having a virtual office with an address at 1801 NE 123 Street, Suite 314, Miami, FL 33181.

4. On information and belief, Defendant is a Delaware corporation with a place of business at 67 E Evelyn Ave., #200, Mountain View, CA 94041. On information and belief, Defendant may be served through its registered agent, Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808.

5. On information and belief, this Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6. On information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in this District.

## VENUE

7. Venue is proper in this District pursuant to 28 U.S.C. § 1400(b) because Defendant is deemed to reside in this District. Alternatively, acts of infringement are occurring in this District and Defendant has a regular and established place of business in this District.

**COUNT I**
**(INFRINGEMENT OF UNITED STATES PATENT NO. 9,936,086)**

8. Paragraphs 1-7 are incorporated herein.

9. This cause of action arises under the patent laws of the United States and, in particular, under 35 U.S.C. §§ 271, et seq.

10. Plaintiff is the owner by assignment of the '086 Patent with sole rights to enforce the '086 patent and sue infringers.

11. A copy of the '086 Patent, titled "Wireless Image Distribution System and Method," is attached hereto as Exhibit A.

12. The '086 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

13. On information and belief, Defendant has infringed and continues to infringe one or more claims (at least by having its employees, or someone under Defendant's control, test the accused product), including at least Claim 4 of the '086 Patent by making, using, importing, selling, and/or offering for sale network storage systems including hardware, software and firmware, covered by at least Claim 4 of the '086 Patent.

14. On information and belief, Defendant sells, offers to sell, and/or uses network storage systems and methods including, without limitation, the Flickr photo, media, and file storage system, and any similar products ("Product"), which infringe at least Claim 4 of the '086 Patent.

15. The Product uses an image capturing device to perform a method. The Product imports and filters photographic images from cameras. Certain aspects of this element are illustrated in the screenshots below, and/or the screenshots provided in connection with other elements discussed herein.

12 Selected

Done

Today — May 4, 2015

Tuesday — Apr. 28, 2015

Source:https://play.google.com/store/apps/details?id=com.flickr.android

Source: https://www.flickr.com/search/?text=photo

Source:https://play.google.com/store/apps/details?id=com.flickr.android

16. The Product practices receiving a plurality of images. For example, the Product provides for receiving multiple photos from a user device and receiving the photos in a photo library. After creating an account, a user can create and manage photo albums. Certain aspects of this element are illustrated in the screenshots below, and/or the screenshots provided in connection with other elements discussed herein.

flickr.com/search/?text=photo

flickr Explore Create Get Pro photo Log In Sign Up

Photos People Groups

Advanced

Any license SafeSearch on Relevant

Source: https://www.flickr.com/search/?text=photo



Source:https://play.google.com/store/apps/details?id=com.flickr.android

Create and manage albums in Flickr App

Organize and share your content using albums. Albums are views of photos and videos that you can group by date, location, event, or any other category.

Source: https://help.flickr.com/en_us/create-and-manage-albums-in-flickr-HkS1p7jJm

17. The Product practices filtering the plurality of photographic images (e.g. sorting the photos) using a transfer criteria (e.g., by person and/or scene), wherein the transfer criteria is a subject identification of a respective photographic image within the plurality of photographic images, wherein the subject identification is based on a topic, theme or individual shown in the respective photographic image (e.g. the Product filters photos based on upload date and location). Certain aspects of this element are illustrated in the screenshots below, and/or the screenshots provided in connection with other elements discussed herein.

Source: https://www.flickr.com/search/?text=photo

12 Selected

Done

Today — May 4, 2015

Tuesday — Apr. 28, 2015

Source:https://play.google.com/store/apps/details?id=com.flickr.android

Join the largest, most influential community of photographers in the world. Upload, edit, and share your photos from any device, anytime.

• Find your inspiration, find your people. Flickr is home to billions of photos and millions of groups of passionate photographers.
• Organization and sharing made simple. Browse with ease, select and organize hundreds of photos with one gesture, and share in seconds.
• Unleash your creativity. Edit your photos, add filters, crop images, and more!

Source: https://play.google.com/store/apps/details?id=com.flickr.android

Advanced search filters (Desktop only)

Filter your search results

1. From the basic search results, click **Advanced**.

flickr You Explore Prints NEW Photos, people, or groups

Photos People Groups Advanced

Orientation Minimum size Date taken Content Search in

S M L From MM-DD-YYYY To MM-DD-YYYY Photos Videos All Tags

Any license SafeSearch moderate Relevant

Source: https://help.flickr.com/en_us/search-flickr-to-find-photos-people-or-groups-rJFo3mokQ

Choose from a variety of filters:

- Color - Pick the colors you want to see at the top.
- Orientation - Pick from portrait, landscape, square, and panorama.
- Minimum size - Pick the smallest size you want to see.
- Date - Limit results by when they were taken or posted.
- Content - Refine by photos, videos, or both.
- Search in - Limit the search by only tags or include the description and title.
- License - Pick what types of licensed content you want to see.
- SafeSearch - Enable or disable SafeSearch.
- Relevant - Filter results by date uploaded, date taken or interest

Source: https://help.flickr.com/en_us/search-flickr-to-find-photos-people-or-groups-rJFo3mokQ

Create and manage albums in Flickr App

Organize and share your content using albums. Albums are views of photos and videos that you can group by date, location, event, or any other category.

Source: https://help.flickr.com/en_us/create-and-manage-albums-in-flickr-HkS1p7jJm

18. The Product practices transmitting, via a wireless transmitter and to a second image capturing device, the filtered plurality of photographic images. For example, files of filtered photos can be shared with other mobile devices. The Product enables a user to search, download, and share photos to and/or from a second image capturing device (e.g., another mobile device or a computer). Certain aspects of this element are illustrated in the screenshots below, and/or the screenshots provided in connection with other elements discussed herein.

Share or save photos and videos in the Flickr app

**Share or save photos and videos in the Flickr app**

When you find or capture something cool, it's only natural to want to share it with your friends. From Flickr, as long as the photographer allows it, you can easily save content, add it to a Flickr group, or share it by email, text, or on social media sites.

Source: https://help.flickr.com/en_us/share-or-save-photos-and-videos-in-the-flickr-app-rk_92XjkX

Upload photos and videos in the Flickr app

**Upload photos and videos in the Flickr app**

You were in the right place at the right time and something cool or beautiful caught your eye. Here's how to take that experience and bring it into the wonderful world of Flickr.

Source: https://help.flickr.com/en_us/upload-photos-and-videos-in-the-flickr-app-HyDqh7iJm

Join the largest, most influential community of photographers in the world. Upload, edit, and share your photos from any device, anytime.

• Find your inspiration, find your people. Flickr is home to billions of photos and millions of groups of passionate photographers.
• Organization and sharing made simple. Browse with ease, select and organize hundreds of photos with one gesture, and share in seconds.
• Unleash your creativity. Edit your photos, add filters, crop images, and more!

Source: https://play.google.com/store/apps/details?id=com.flickr.android

19. Defendant's actions complained of herein will continue unless Defendant is enjoined by this Court.

20. Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

21. Plaintiff is in compliance with 35 U.S.C. § 287.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff asks the Court to:

(a) Enter judgment for Plaintiff on this Complaint on all causes of action asserted herein;

(b) Enter an Order Enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receive notice of the order from further infringement of United States Patent No. 9,936,086 (or, in the alternative, awarding Plaintiff a running royalty from the time of judgment going forward);

(c) Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

(d) Award Plaintiff pre-judgment and post-judgment interest and costs; and

     (e) Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity

Dated: October 8, 2020

Respectfully submitted,

*/s/ Stephen M. Lobbin*
Stephen M. Lobbin
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

***Attorney(s) for Plaintiff Rothschild Patent Imaging, LLC***